# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

*****************************************************************

| | |
|---|---|
| **JILLIAN COBURN &** : | |
| **KATHRYN THIBODEAUX,** : | **CIVIL ACTION** |
| *Plaintiffs* : | |
| VS. : | NO. |
| : | |
| **THOMAS MCVEIGH "MAC"** : | **COMPLAINT FOR** |
| **SMITH, THE SOCIETY OF THE** : | **DAMAGES** |
| **ROMAN CATHOLIC CHURCH** : | |
| **OF THE DIOCESE OF** : | **JURY TRIAL** |
| **LAFAYETTE, INC., & THE** : | |
| **SOCIETY OF THE ROMAN** : | |
| **CATHOLIC CHURCH OF THE** : | |
| **DIOCESE OF LAKE CHARLES,** : | |
| **INC.,** : | |
| *Defendants* : | |

*****************************************************************

## COMPLAINT FOR DAMAGES

The Complaint of Jillian Coburn and Kathryn Thibodeaux, through the undersigned counsel, respectfully shows as follows:

## PARTIES

1) Plaintiff Jillian Coburn is a person of full age and majority, and a citizen of the State of Texas wherein she resides.

2) Plaintiff Kathyrn Thibodeaux is a person of full age and majority, and a citizen of the State of Texas wherein she resides.

1

3) Defendant Thomas McVeigh "Mac" Smith, hereinafter called "Smith", is a person of full age and majority, and a citizen of either the State of Louisiana or the State of Arkansas.

4) Defendant The Society of the Roman Catholic Church of the Diocese of Lafayette, Inc., hereinafter called "Lafayette Diocese", is a non-profit corporation organized under the laws of Louisiana, and is engaged in the business of operating churches, schools, religious meetings, and other such related services.  The Lafayette Diocese is a Louisiana juridical citizen, domiciled at 1408 Carmel Drive, Lafayette, LA 70501.

5) Defendant The Society of the Roman Catholic Church of the Diocese of Lake Charles, Inc., hereinafter called "Lake Charles Diocese", is a non-profit corporation organized under the laws of Louisiana, and is engaged in the business of operating churches, schools, religious meetings, and other such related services.  The Lake Charles Diocese is a Louisiana juridical citizen, domiciled at 414 Iris Street, Lake Charles, LA 70601.

## JURISDICTION

6) This Court has jurisdiction over this suit pursuant to 28 U.S.C. § 1332, as there is complete diversity of citizenship between the Plaintiffs and

Defendants, and the damages incurred herein by each Plaintiff exceed $75,000, exclusive of costs and interest.

## VENUE

7) Venue is proper in this District, as the tortious conduct complained of herein occurred in this District.

## COMMON ALLEGATIONS

8) At all times relevant herein, Defendant Smith was either an ordained Catholic priest, a laicized Catholic priest, and/or a purported "healer" and "spiritual" counselor, either employed, licensed, sanctioned, promoted, and or sponsored by Defendants Lafayette Diocese and Lake Charles Diocese, and their bishops, priests, and other employees and agents, who negligently publicized Smith's "services", encouraged Catholic parishioners of Defendant Dioceses to avail themselves of Smith's "services", allowed and encouraged Smith to use the churches and other facilities owned and operated by Defendant Dioceses for his "services," and negligently failed to warn his potential victims.

9) At all times relevant, Defendant Smith was in fact a charlatan, a fraud, a huckster, and a serial sexual predator who preyed upon vulnerable women, using his status, credentials, and endorsements issued and promoted

by Defendants Lafayette Diocese and Lake Charles Diocese, who provided him venues and victims for his charade and criminal enterprise, and cloaked him with a reputation for special spiritual powers, which facilitated Defendant Smith's ability to commit multiple sexual assaults and batteries upon many female victims during the course of his bogus "spiritual services", who were then coerced into silence by Defendant Smith's use of the same bogus "holy" persona and spiritual "gifts."

10) At all times relevant herein, Defendants Lafayette Diocese and Lake Charles Diocese, and their bishops, priests, and other employees, either knew or should have known that Defendant Smith was a fraud, a charlatan, a huckster, and a serial sexual predator who preyed upon vulnerable women so he could sexually assault and batter them with impunity, using the mantle of religious authority provided him by Defendant Dioceses.

11) Plaintiffs Coburn and Thibodeaux, both vulnerable Catholic women, relied upon the publicity, endorsements, credentials, license, publicity, venues, and promotion of Defendant Smith's services by Defendants Dioceses, and, as a result thereof, enrolled as participants in Defendant Smith's "spiritual guidance" and "healing sessions."

12) Both Plaintiffs Coburn and Thibodaux were tortiously manipulated, coerced, and repeatedly sexually assaulted and battered by Defendant Smith during his bogus "spiritual guidance" and "healing sessions," all without their knowing or informed consent, and all occurring within the three year prescriptive period for such torts under La. Civ. Code art. 3496.2.

COUNT 1- ASSAULT AND BATTERY
PLAINTIFF JILLIAN COBURN

13) For the reasons set forth above, Plaintiff Coburn shows that Defendant Smith is liable for damages to her for the repeated intentional torts of sexual assault and battery.

COUNT 2- ASSAULT AND BATTERY
PLAINTIFF KATHRYN THIBODEAUX

14) For the reasons set forth above, Plaintiff Thibodeaux shows that Defendant Smith is liable for damages to her for the repeated intentional torts of sexual assault and battery.

COUNT 3- NEGLIGENCE OF DEFENDANT LAFAYETTE DIOCESE
PLAINTIFF JILLIAN COBURN

15) For the reasons set forth above, Plaintiff Coburn shows that Defendant Lafayette Diocese is liable for damages to her for the negligence of its agents and employees under La. Civ. Code arts. 2315, 2316, and 2320,

which caused Defendant's repeated intentional torts of sexual assault and battery.

### COUNT 4- NEGLIGENCE OF DEFENDANT
### LAKE CHARLES DIOCESE
### PLAINTIFF JILLIAN COBURN

16) For the reasons set forth above, Plaintiff Coburn shows that Defendant Lake Charles Diocese is liable for damages to her for the negligence of its agents and employees under La. Civ. Code arts. 2315, 2316, and 2320, which caused Defendant's repeated intentional torts of sexual assault and battery.

### COUNT 5- NEGLIGENCE OF DEFENDANT LAFAYETTE DIOCESE
### PLAINTIFF KATHRYN THIBODEAUX

17) For the reasons set forth above, Plaintiff Thibodeaux shows that Defendant Lafayette Diocese is liable for damages to her for the negligence of its agents and employees under La. Civ. Code arts. 2315, 2316, and 2320, which caused Defendant's repeated intentional torts of sexual assault and battery.

### COUNT 6- NEGLIGENCE OF DEFENDANT
### LAKE CHARLES DIOCESE
### PLAINTIFF KATHRYN THIBODEAUX

18) For the reasons set forth above, Plaintiff Thibodeaux shows that Defendant Lake Charles Diocese is liable for damages to her for the

negligence of its agents and employees under La. Civ. Code arts. 2315, 2316, and 2320, which caused Defendant's repeated intentional torts of sexual assault and battery.

## DAMAGES

19) All Defendants are jointly liable to both Plaintiff's *in solido* pursuant to La. Civ. Code art. 2324.

20) As a result of the acts and omissions of all Defendants herein, which were the legal cause of all of her damages and injuries, Plaintiff Coburn suffered past, present, and future physical and suffering, emotional and psychological physical pain and suffering, shame, humiliation, embarrassment, lost wages, and other such losses, for which all Defendants are liable to her in the sum of $7,500,000.00.

21) As a result of the acts and omissions of all Defendants herein, which were the legal cause of all of her damages and injuries, Plaintiff Thibodeaux suffered past, present, and future physical and suffering, emotional and psychological physical pain and suffering, shame, humiliation, embarrassment, lost wages, and other such losses, for which all Defendants are liable to her in the sum of $7,500,000.00.

## JURY DEMAND

22) Plaintiffs are entitled to and demand a trial by jury on all issues.

## PRAYER FOR RELIEF

Wherefore, it is prayed that after all due proceedings, judgment be rendered herein in favor or Plaintiffs Jillian Coburn and Kathryn Thibodeaux, and against Defendants Thomas McVeigh "Mac" Smith, The Society of the Roman Catholic Church of the Diocese of Lafayette, Inc., and The Society of the Roman Catholic Church of the Diocese of Lake Charles, Inc., jointly *in solido*, as follows:

A. Plaintiff Jillian Coburn: $7,500,000 compensatory damages.
B. Plaintiff Kathryn Thibodeaux: $7,500,000 compensatory damages.
C. All costs of the proceedings.
D. Interest from date of filing suit.
E. All equitable relief appropriate under the circumstances.

Respectfully submitted,

*/s/ Richard L. Ducote*

Richard Ducote (La.5111)
318 E. Boston Street, 2nd Floor
Covington, LA 70433
(985) 898-2755 / (985) 898-2754
Counsel for Plaintiffs