UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JILLIAN EDWARDS COBURN and KATHRYN McCORMICK THIBODEAUX<br>    Plaintiffs | : : : : | CIVIL ACTION NO:<br>6:20-cv-00105 |
| VERSUS | : : | JUDGE<br>JAMES D. CAIN, Jr. |
| THOMAS MCVEIGH "MAC" SMITH, THE SOCIETY OF THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF LAFAYETTE and THE SOCIETY OF THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF LAKE CHARLES<br>    Defendants | : : : : : : : : : | MAGISTRATE JUDGE<br>CAROL B. WHITEHURST |

MOTION TO APPROVE CONSENT CONFIDENTIALITY ORDER

May It Please the Court:

Now Into Court, through undersigned counsel, comes defendant, The Society of the Roman Catholic Church of the Diocese of Lafayette, who respectfully seeks an Order regarding the confidentiality of certain discovery material.

Mover herein further advises this Court that counsel for plaintiffs has reviewed and executed the attached Consent Confidentiality Order.

Respectfully submitted:

GILBERT H. DOZIER (#19553)
2010 W. Pinhook Road
Lafayette, Louisiana 70508
Phone: (337) 232-4600
Fax:   (337) 232-4688
Counsel for The Society of the Roman
Catholic Church of the Diocese of
Lafayette

1

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was electronically filed with the Clerk of Court, using the CM/ECF system, which will send notice of electronic filing to all parties who have consented to electronic notification.

    Lafayette, Louisiana, this 20th day of October, 2020.

_____
GILBERT H. DOZIER