IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **JILLIAN COBURN and** | : | **CIVIL ACTION** |
| **KATHRYN THIBODEAUX** | : | |
|     **Plaintiffs** | : | **NO. 6:20-CV-00105-JDC-CBW** |
| | : | |
| **VERSUS** | : | |
| | : | |
| **THOMAS MCVEIGH "MAC" SMITH,** | : | **PLAINTIFFS' MOTION FOR** |
| **THE SOCIETY OF THE ROMAN** | : | **RULE 16 CONFERENCE** |
| **CATHOLIC CHURCH OF THE** | : | |
| **DIOCESE OF LAFAYETTE and** | : | |
| **THE SOCIETY OF THE ROMAN** | : | |
| **CATHOLIC CHURCH OF THE** | : | |
| **DIOCESE OF LAKE CHARLES** | : | |
|     **Defendants** | | |

_____

**PLAINTIFFS' MOTION FOR RULE 16 CONFERENCE**

Now come Plaintiffs Jillian Coburn and Kathryn Thibodaux, through the undersigned counsel, respectfully moving pursuant to Rule 16, F.R.C.P., that the Court conduct a conference with counsel and any unrepresented party for the purpose of fixing a trial date, setting cutoff dates, and issuing a scheduling order to facilitate resolution of this matter.  Counsel for the Defendant Dioceses have been contacted and have no objection to this motion.

Respectfully Submitted,

/S/ Richard L. Ducote

_____
Richard Ducote (La. 5111)
318 East Boston St. 2nd Floor
Covington, LA 70433
(985)898-2755
(985)898-2754 – Fax
rducote@ducotelaw.com
rlducote@outlook.com
Counsel for Plaintiffs Jillian
Coburn & Kathryn Thibodaux

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of this pleading was served on the following opposing counsel by email and the Court's EF/ECM system, and on Defendant Smith by first class mail, this 22nd, 2021:

L. Paul Foreman, Esq.   lpf@raggiocappel.com

Gil Dozier, Esq.   gil@andersondozier.com


                    /s/ Richard Ducote
                    _____