IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

**************************************************************

| | |
|---|---|
| **JILLIAN COBURN &** | : |
| **KATHRYN THIBODEAUX,** | : CIVIL ACTION |
| *Plaintiffs* | : |
| VS. | : NO. 6:20-CV-00105-JDC-CBW |
| | : |
| **THOMAS MCVEIGH "MAC"** | : |
| **SMITH, THE SOCIETY OF THE** | : |
| **ROMAN CATHOLIC CHURCH** | : |
| **OF THE DIOCESE OF** | : **PLAINTIFFS' UNOPPOSED MOTION** |
| **LAFAYETTE, INC., & THE** | : **TO SEAL FILED EXHIBIT E** |
| **SOCIETY OF THE ROMAN** | : **[DOC. 63-ATTACHMENT 8]** |
| **CATHOLIC CHURCH OF THE** | : |
| **DIOCESE OF LAKE CHARLES,** | : |
| **INC.,** | : |
| *Defendants* | : |

**************************************************************

## PLAINTIFFS' UNOPPOSED MOTION TO SEAL FILED EXHIBIT E [DOC. 63-ATTACHMENT 8]

Come now Plaintiffs, through the undersigned counsel, respectfully moving to seal the already filed Ex. E attached to Plaintiffs' Memorandum in Opposition to Defendant Diocese of Lafayette's Motion for Summary Judgment [Doc. 63-Attachment 8], as that Exhibit E is comprised of documents covered by the Confidentiality Order [Doc. 17], signed on October 20, 2020, upon the consent of the parties. Troy Broussard, Esq., counsel for Defendant Diocese of Lafayette, confirmed by telephone on May 25, 2022, at 2:30 p.m. that he has no opposition to this motion.

1

Respectfully submitted,

/s/ *Richard Ducote*

Richard Ducote (La.5111)
Victoria McIntyre (La. 38344)
318 E. Boston Street, 2nd Floor
Covington, LA 70433
(985) 898-2755 / (985) 898-2754 Fax
Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was served upon the following Defendant's counsel by email transmission, through the CM/ECF system, this May 25, 2022, as well as by regular email to which was attached the Exhibit E sought to be sealed:

Gilbert H. Dozier, Esq.
2010 W. Pinhook Road
Lafayette, LA 70508
Gil@AndersonDozier.com

Troy A. Broussard, Esq.
P.O. Box 81129
Lafayette, LA 70598-1129
TroyBroussard@AllenGooch.com

/s/*Richard Ducote*
Richard Ducote (La. 5111)