**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | |
|---|---|
| **JILLIAN COBURN &** | **:** |
| **KATHRYN THIBODEAUX,** | **: CIVIL ACTION** |
| *Plaintiffs* | **:** |
| **VS.** | **: NO. 6:20-CV-00105-JDC-CBW** |
| | **:** |
| **THOMAS MCVEIGH "MAC"** | **:** |
| **SMITH, THE SOCIETY OF THE** | **:** |
| **ROMAN CATHOLIC CHURCH** | **: ORDER ON** |
| **OF THE DIOCESE OF** | **: PLAINTIFFS' UNOPPOSED MOTION** |
| **LAFAYETTE, INC., & THE** | **: TO SEAL FILED EXHIBIT E** |
| **SOCIETY OF THE ROMAN** | **: [DOC. 63-ATTACHMENT 8]** |
| **CATHOLIC CHURCH OF THE** | **:** |
| **DIOCESE OF LAKE CHARLES,** | **:** |
| **INC.,** | **:** |
| *Defendants* | **:** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO SEAL FILED EXHIBIT E [DOC. 63-ATTACHMENT 8]

The foregoing motion duly considered, **IT IS HEREBY ORDERED** that the motion is **GRANTED**, and the already filed Ex. E attached to Plaintiffs' Memorandum in Opposition to Defendant Diocese of Lafayette's Motion for Summary Judgment [Doc. 63- Attachment 8], shall be filed by the Clerk under seal.

THUS DONE AND SIGNED in Chambers on this 26th day of May, 2022.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE